# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

150201

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

RAYMOND ROY SMITH,
      Plaintiff-Appellee,

v

PORTIA LYNN REILLY,
      Defendant-Appellant.

SC: 150201
COA: 313627
Oakland CC: 2011-120511-NI

_____/

On order of the Court, the application for leave to appeal the August 28, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



a0513

Clerk